UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS CARTER, JR., | 1:13-CV-0290 AWI MJS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO SEND CONSENT/DECLINE FORMS TO DEFENDANT |
| v. | |
| CITY OF FRESNO, | ORDER REQUIRING DEFENDANT TO NOTIFY THE COURT WHETHER IT WISHES TO CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| Defendant. | |

Plaintiff Lewis Carter, Jr. ("Plaintiff") is proceeding in this civil action against the City of Fresno. The action contains civil rights claims brought pursuant to 42 U.S.C. § 1983, along with claims brought pursuant to California state law. Plaintiff has consented to the jurisdiction of a United States Magistrate Judge.

By this order, the Court reminds Defendant of a United States Magistrate Judge's availability to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The same jury pool is used by both United States Magistrate Judges and United States Article III District Court Judges. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit.

Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the

entire nation. While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired. As multiple trials are now being set to begin upon the same date, parties may find their case trailing with little notice before their trial begins. The law requires that the Court give any criminal case priority over civil trials and civil motions, and the Court must proceed first with criminal actions even if a civil action is older. Finally, for the parties' information, the Fresno Division, whenever possible, is now utilizing United States Article III District Court Judges from throughout the United States as Visiting District Court Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

***The Court wishes to make clear and inform the parties that no substantive rulings or decisions will be affected by whether a party chooses to consent.***

Accordingly, the Court orders that:

1. The Clerk of the Court is DIRECTED to provide Defendant with the form that will allow it to either consent or decline Magistrate Judge Jurisdiction; and

2. Within ten days from this order's date of service, Defendant shall notify the Court whether it consents to or declines Magistrate Judge jurisdiction by filling out the form and returning it to the Court.

IT IS SO ORDERED.

Dated:    April 9, 2013                                    /s/ signature

SENIOR DISTRICT JUDGE